United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 6, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51250
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRETT ROLLAND POORE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
(1:05-CR-90-1)
--------------------

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Brett Rolland Poore pleaded guilty without the benefit of a plea agreement to conspiracy to possess with the intent to distribute more than 50 grams of methamphetamine and possession with intent to distribute more than 50 grams of methamphetamine. Finding that Poore was a career criminal, the district court sentenced him on each count to 262 months in prison and five years of supervised release, the terms to run concurrently.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Poore appeals, arguing that his sentence, imposed after the Supreme Court's decision in <u>United States v. Booker</u>, 543 U.S. 220 (2005), was unreasonable because it was greater than necessary to meet the goals of 18 U.S.C. § 3553(a).

Here, the district court fulfilled its duty to consider all of the § 3553 factors and sentenced Poore to 262 months of imprisonment, which was the lowest end of the sentencing guidelines range. <u>See</u> <u>United States v. Mares</u>, 402 F.3d 511, 519 (5th Cir.), <u>cert. denied</u>, 126 S. Ct. 43 (2005). This sentence is within the properly calculated advisory guidelines range and is presumptively reasonable. <u>United States v. Alonzo</u>, 435 F.3d 551, 554-55 (5th Cir. 2006). There is no indication that the sentence imposed was unreasonable. <u>See</u> <u>Mares</u>, 402 F.3d at 519. The district court's judgment is

AFFIRMED.